FILED'08 NOV 06 13:01USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS DILLS, | ) <br> ) |
| Plaintiff, | ) Civil No. 07-972-AC <br> ) |
| v. | ) O R D E R <br> ) |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) <br> ) <br> ) |
| Defendant. | ) |

Tim D. Wilborn
WILBORN LAW OFFICE, P.C.
P. O. Box 2768
Oregon City, OR 97045

  Attorney for Plaintiff

Britannia I. Hobbs
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

Richard A. Morris
Michael McGaughran
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, WA 98104

JONES, Judge:

Magistrate Judge John V. Acosta filed Findings and Recommendation (#25) on October 10, 2008, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation (#25) dated October 9, 2008, in its entirety. This matter is remanded for further proceedings consistent with that Findings and Recommendation.

IT IS SO ORDERED.

DATED this ___6___ day of November, 2008.

_____
ROBERT E. JONES
U.S. District Judge

2 - ORDER