FILED'08 NOV 06 13:01 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DOUGLAS DILLS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-972-AC |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED AND ADJUDGED this case is remanded to the

Commissioner of the Social Security Administration under sentence four of 42 U.S.C. § 405(g)

for further administrative proceedings.

DATED this 6th day of November, 2008.

_____
ROBERT E. JONES
U.S. District Judge